UNITED STATES of America ex rel. Peter TURCO, alias Pietro Turko, Relator-Appellee, v. COMMISSIONER OF IMMIGRATION, Ellis Island, New York Harbor, Respondent-Appellant.

No. 426.

Circuit Court of Appeals, Second Circuit.

May 16, 1932.

George Z. Medalie, U. S. Atty., of New York City (Harry G. Herman, Asst. U. S. Atty., of New York City, of counsel), for appellant.

John M. Lyons, of New York City (Mark E. Cymrot, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

The order is affirmed on the authority of U. S. ex rel. Mignozzi v. Day (C. C. A.) 51 F.(2d) 1019.